**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

OLAN GIRARD TURNER, JR.,                  :
                                          :
    Plaintiff,                            :
                                          :
    v.                                    :    CASE NO.: 7:25-CV-00119 (WLS-ALS)
                                          :
JEROME BURGESS, *et al.*,                 :
                                          :
    Defendants.                           :
                                          :

## <u>ORDER</u>

Before the Court is a Recommendation (Doc. 13) from United States Magistrate Judge Alfreda L. Sheppard. In it, Judge Sheppard recommends that Plaintiff's Motion for Protective Order (Doc. 12) be denied because he does not clearly show the factors needed to warrant a temporary restraining order in his motion. (*Id.*)

The Recommendation, filed on March 2, 2026, gave Beal 14 days to object but he did not. Therefore, the Court reviews the Recommendation for plain error and manifest injustice. *See United States v. Aponte*, 461 F. App'x 828, 830 n.2 (11th Cir. 2012). Upon full review and consideration of the Record, the Court finds neither plain error nor manifest injustice in Judge Sheppard's Recommendation. The Recommendation (Doc. 13) is thus **ACCEPTED**, **ADOPTED**, and made the Order of this Court, for reason of the findings made and reasons stated therein. Hence Plaintiff's Motion for Protective Order (Doc. 12) is **DENIED**, without prejudice.

**SO ORDERED**, this 17th day of March 2026.

                              **/s/ W. Louis Sands**
                              **W. LOUIS SANDS, SR. JUDGE**
                              **UNITED STATESDISTRICT COURT**

1