IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

OLAN GIRARD TURNER, JR,                          *

               Plaintiff,                          *

v.                                                  Case No.  7:25-cv-119 (WLS-ALS)

                                      *

CAPTAIN JEROME BURGESS, et al.,

                                      *

               Defendants.

                                      *

## J U D G M E N T

Pursuant to this Court's Order dated 5/26/2026, having accepted the recommendation of the United

States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 26th day of May, 2026.

David W. Bunt, Clerk


s/ Katie Logsdon, Deputy Clerk